MARVIN *v.* SLAUGHTER.—On appeal.

IN assumpsit by the assignee of a promissory note against the maker, the declaration set out the indorsement as follows: "And the said *A.* (the payee) then and there, under his own proper hand, indorsed and delivered the said promissory note to the plaintiff. By means whereof," &c. Special demurrer to the declaration, because it does not state that the note was *assigned* by indorsement thereon under the hand of the payee. *Held*, that there was no ground for the demurrer.